AFG INDUSTRIES, INC. and Asahi Glass Company, Ltd., Plaintiffs–Appellants,

v.

CARDINAL IG COMPANY, INC., Defendant–Appellee,

and

Andersen Windows, Inc., Defendant.

No. 2009–1177.

United States Court of Appeals, Federal Circuit.

Dec. 1, 2009.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).